UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 01-53217
)
MALONE, CRAIG & KATHERINE ) CHAPTER 7
)
Debtor (s) ) JUDGE: MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

_Richard A. Wilson_, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #6 | Direct Merchants Bank M/C<br>Payment Center<br>PO Box 4154<br>Carol Stream, IL 60197 | $1,081.12 | $73.97 |
| #7 | Direct Merchants Bank Visa<br>Payment Center<br>PO Box 4154<br>Carol Stream, IL 60197 | $3,467.40 | $237.26 |

$311.23
CR #129
receipt #80899

2. Your Trustee's check for $311.23 payable to the clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date September 14, 2009

_____
RICHARD A. WILSON
Trustee in Bankruptcy